IN THE CIRCUIT COURT FOR
DUVAL COUNTY, FLORIDA
2023-CA-10843

CV-G

ANA M. MORALES-WAGNER -PLAINTIFF

versus- Defendant - CITY of JACKSONVILLE, FLORIDA -Neighborhood
Code Enforcement Division)

October 11, 2023

**FILED**

**AMENDED COMPLAINT**

OCT 18 2023

DUVAL CLERK OF COURT

TO WHOM IT MAY CONCERN,

I AM A BORN-AGAIN BIBLE BELIEVING CHRISTIAN. I WITNESS ON THE STREETS GIVING THE GOSPEL OF SALVATION TO WHOEVER WANTS TO KNOW HOW TO BE SAVED AND GO TO HEAVEN. I AM 74 YEARS OLD. I HAVE SPOKEN BY PHONE TO SOME OF YOU, OTHERS I SEND THIS LETTER WITH INFORMATION CONCERNING THE ISSUE I HAVE WITH THE NEIGHBORHOOD CODE ENFORCEMENT DEPT. IN JACKSONVILLE, FLORIDA. MY NAME IS ANA MARIA MORALES-WAGNER. MY ADDRESS: 1510 WINTHROP ST., JACKSONVILLE, FLORIDA 32206. MY TEL. # 904-392-0717. I HAVE LIVED AT THIS ADDRESS FOR 23 (904) YEARS AND NEVER HAD A PROBLEM WITH THE CITY UNTIL DECEMBER, 2022. COMMUNISM HAS TAKE 382-0717 OVER ALL AREAS OF OUR GOVERNMENT, FEDERAL, STATE AND CITY. OFFICERS FROM NEIGHBORHOOD CODE ENFORCEMENT STARTED LEAVING CITATIONS ON MY FRONT GATE. I REFUSE TO COMPLY WITH COMMUNISM, THEEFORE, I WILL NOT REMOVE THE SCRIPTURES I PAINTD ON MY FENCES AND OTHERS ← correction "I NOT" INFORMATION TO WARM PUBLIC ABOUT DIFFERENT ISSUES AND WEBSITES WHICH IS MY CONSTITUIONAL RIGHT UNDER AMENDMENT # 1 (FREEDOM OF SPEECH, PRESS AND RELIGION). THE CITY IS NOW USING UNCONSTITUTIONAL ILLEGAL CODE/ORDINANCES STATING THEY ARE LAWFUL, IN ORDER TO TAKE ALL OUR FREEDOMS AWAY. I HAVE ENCLOSED A COPY OF "NOTICE OF RESCINDING OF CITATION". AFTER THAT I RECEIVED OTHER CITATIONS. WHEN I WENT TO THEIR OFFICE, OFFICER STATED THEY HAD USE THE WRONG CODE #??? THEY CONTINUED PLACING CITATIONS ON MY FENCE, SENDING ME LETTERS BY MAIL. I TOLD THEM AT THEIR OFFICE THAT I DO NOT COMPLY TO COMMUNISM. I ALSO CALLED CHIQUITA MOORE AND TOLD HER THE SAME, AS I ALSO TOLD OFFICERS SUCH AS CHAD OWENS. I ALSO TOLD HIM THAT OUR COUNTRY IS NOT COMMUNIST CHINA OR GERMANY. I ALSO CALLED SHERIFF T.K. WATERS AND SPOKE WITH LATISHA JACKSON, ASKING HER TO SPEAK TO SHERIFF WATERS SINCE SHE SAID SHE WAS A CHRISTIAN, ASKING HIM TO PLEASE HELP ME

(SHE TOLD ME HE WAS A CHRISTIAN). I WAS ASKING HIM TO PLEASE COME OVER TO MY HOUSE TO SEE HOW THE CITY HAD CONTRACTED A PAINTER TO PUT WHITE PAINT TO COVER ALL MY FENCES. SHERIFF NEVER CONTACTED ME OR MS. JACKSON. WHE I DID REACH HER BY PHONE, SHE SAID SHE DID NOT TALK TO HIM, JUST LEFT A NOTE ON HIS DESK. I BELIEVE BOTH ARE CHRISTIANS ONLY BY NAME. I TOLD HER I WAS PAINTING THE WORDS AGAIN OVER THE WHITE PAINT. I ALSO TOLD HER THAT I PRACTICE THE 2ND AMENDMENT, SO THAT IF THE CITY COMES TO USE A BULDOZER TO TAKE DOWN MY FENCES BECAUSE I PAINTED WORDS AGAIN, I WILL SHOOT TO STOP THEM FROM DESTROYING MY PROPERTY. "ENFORCEMENT" MEANS TO "FORCE" US TO "COMPLY". ONLY CONGRESS HAS AUTHORITY TO MAKE LAWS. CITY IS USING TACTICS SUCH AS INSPECTING PRIVATE HOMES, TELLING US TO MAKE REPAIRS, PAINT, CUT GRASS, ETC. IF WE DO NOT COMPLY, THEY CHARGE YOU MONEY, STEALING PRIVATE OWNERS MONEY. THE COURT SYSTEMS EXISTS IN ORDER THAT IS A NEIGHBOR OF MINE HAS A DISPUTE WITH ME ABOUT MY PROPTY, HE CAN GO TO COURT AND THE JUDGE CAME CONTACT THE NEIGHBOR. THE JUDGE THEN TRYS TO MEDIATE BETWEEN THEM AND MAKE A DECISION. THE CITY HAS NO RIGHT TO TAKE CONTROL OF THESE SITUATIONS. THIS IS HOW THEY STEAL MONEY FROM HOMEOWNERS. AS YOU CAN SEE FROM THE ENCLOSED COPIES, NONE OF THE OFFICERS TOOK ANY OTHER ACTION AGAINST ME OTHER THAN TO LEAVE THE CITATION AND COPY OF WHAT CHARGE IWAS TO PAY. THEY DID NOT GO ANY FURTHER WITH THE ISSUE BECAUSE THEY KNOW THAT IT IS WRONG, THAT IT IS MY 1ST AMENDMENT RIGHT. ENCLOSED A LIST OF PERSONS INVOLVED IN THIS MATTER. THEY CITY ALSO IS TAKING PROPERTY FROM PRIVATE OWNERS BY CHANGING ZONING ORDIANCES, REGULATIONS, SO THEY CAN KEEP ADDING AMOUNTS AND IF YOU DON'T PAY, YOU CAN'T SELL YOUR PROPERTY UNTIL Y

PAGE 2 – FROM ANA MARIA MORALES-WAGNER – 904=382-0717

YOU PAY THE TOTAL AMOUNT. THE SAME PALYBOOK USED BY NAZI GERMANY AND OTHER COMMUNIST COUNTRIES TO ACT AS PART OWNERS OF YOUR PROPERTY. SINCE THE CITY IS THE ONE WHO DETERMINES THE VALUE OF YOUR PROPERTY, THEY CAN THEN STATE THAT THE VALUE IS OF YOUR TOTAL TS WHAT YOU OWE THE CITY, THEREFORE THEY ARE TAKING YOUR PEOPERTY BY EVICTING YOU. MANY ARE ENDING UP HAVING TO PAY RENT, EVENTUALLY CAN'T AFFORD RENTS AND BECOME HOMELESS. THE HOMELESS AROUND THE USA ARE BEING PLACED INTO CONCENTRATION CAMPS. FOR FURTHER INFORMATION ABOUT THIS ISSUE AND MANY OTHER YOU SHOULD GO TO INTERNET AND LOOK UP "BANNED.VIDEO". ALEX JONES HAS BEEN EXPOSING COMMUNISM FOR ABOUT 30 YEARS. NOT ONLY SHOULD BE CARE ABOUT EACH OTHER AS CHRISTIANS/CONSTITUTIONALIST, WE WANT OUR FUTURE CHILDREN NOT TO END UP IN CONCENTRATION CAMPS, DOING HARD LABOR, EXPERIMENTED ON, RAPED, DOING HARD LABOR (AS HITLER DID WITH JEWS, CHRISTIANS AND ANY OPPOSING HIM/ALSO CHINA DOES RIGHT NOW). I ASK ALL WHO LOVE OUR COUNTRY AND FREEDOMAS TO STAND WITH ME AND CONTACT THE PEOPLE ON THE LIST BY LETTER AND PHONE. ALSO OTHER ORGANIZATIONS OR PERSONS WHO WILL DO THE SAME. MAY THE LORD YAHWEH YSHUA WHO IS GOD OF ISRAEL AND HOLY SPIRIT BLESS YOU AND YOUR FAMILY. THANK YOU FOR YOUR CONCERN. 2ND CHRONICLES 7:14. PROVERBS 11:30.

SINCERELY, LOVE YOU IN CHRIST JESUS, ANA MORALES-WAGNER-Tel.#904-382-0717

1) OFFICER PATRICK HIGDON – FROM NEIGHBORHOOD CODE ENFORCEMENT OFFICE. HE GAVE ORDER TO PAINTING CONTRACTOR TO PAINT IN WHITE ALL MY FENCES. IF I HAD CAUGHT THEM PAINTING MY FENCE, I WOULD HAVE HOSED THEM DOWN WITH MY WATER HOSE! TEL. # 904-392-8338
2) MARISHA DINGLE – ANOTHER OFFICER LEAVING CITATION ON MY FENCE.
3) DONNA DEEGAN, MAYOR OF JACKSONVILLE, FLORIDA – ADDRESS: CITY HALL AT ST. JAMES BLDG., 117 DUVAL ST., SUITE 400, JACKSONVILLE, FLORIDA 32202.
4) SHERIFF T.K. WATER – ADDRESS: 501 BAY ST. JACKSONVILLE, FLORIDA 32202 – TEL.904-6302228
5) CHIQUITA MOORE (USED TO BE DIRECTOR, NOW OPERATIONS DEPT.) – 904-2558902

PLEASE DO NOT HESITATE TO CALL ME FOR FURTHER INFORMATION/ NEED PRAYER ( I AM A

PRAYER WARRIOR/SOULWINNER.

Ana M Morales-Wagner

Plaintiff requests for damages to be paid in amount of $10,000,000.00. ALso for emotionAL STRESS, ConstAnt HARASSMENT WiTH CiTATIONS.

ALSO ASK JUDGE if JUDGE CAN DEFUND NEighborhood CODE ENFORcement DIViSion, and CANCEL THE RE-ZONiNG implemented LAST year causing aLL ProbLems for our NEighBORHooD.

HAVE iNvoice canceLLED UNDER A NUiSANCE LiEN '#NBNL24.000005 –FiLE# 2023-9086669 RE: 116068-0000

REASONfoR NWiSANCE 1) mowLawn on OCT. 12, 2023.
ONCITATION # 48013    2) signs/ SCRiPTUREon fence
CAN'T READ WHAT iTSAYS

# WARNING CITATION FOR ORDINANCE VIOLATION

## NEIGHBORHOOODS DEPARTMENT
## MUNICIPAL CODE COMPLIANCE DIVISION



**CITY OF JACKSONVILLE** > **VS.**

Morales Wagner Ana M _____ **DEFENDANT**
(LAST NAME)                (FIRST)        (MIDDLE)

_____ **DEFENDANT**

(NAME OF COMMERCIAL BUSINESS) 1510 Winthrop Street Jacksonville FL 32206   **PHONE** _____

(PRESENT HOME ADDRESS)                        (CITY)        (STATE)

_____

_____

_____

**MCCD CASE NUMBER** 2023-0017725   **NEIGHBORHOOD** Fairfield

**SUPERVISOR I.D. AND NUMBER** / **COM** / **CITATION NUMBER** 48813

IN THE NAME OF AND BY THE AUTHORITY OF THE CITY OF JACKSONVILLE COMES THE UNDERSIGNED AND SAYS:

ON THE ___ DAY OF Mar, 20 23, AT TIME 9am THE ABOVE NAMED PERSON DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE(S), IN VIOLATION OF CHAPTER ____, JACKSONVILLE MUNICIPAL ORDINANCE CODE, AT THE FOLLOWING LOCATION WITHIN THE CITY OF JACKSONVILLE FLORIDA:

1510 Winthrop Street Jacksonville FL 32206 _____

IN THAT THE DEFENDANT   ☒ COMMITTED   ☐ FAILED TO:

☐ One tree expression sign may be displayed on a ___ **SECTION** 1315
☐ private lot. These signs shall be set back from the ___ **SECTION** _____
☐ right of way not less than 10 feet ___ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____
☐ _____ **SECTION** _____

THE UNDERSIGNED HAS REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THE PERSON NAMED ABOVE COMMITTED THE OFFENSE INDICATED:

_____ 4-1-123 _____ **DATE:** 3/2/23 **TIME:** 9AM

(OFFICER'S SIGNATURE, I.D. NUMBER)

YOU MUST CORRECT THE VIOLATIONS CITED ABOVE NO LATER THAN THE ___ #2 ___ DAY OF April , 20 23 TO AVOID PROSECUTION FOR THE OFFENSE. PLEASE CALL THE MUNICIPAL CODE COMPLIANCE DIVISION AT (904) 255-7000 IF THE VIOLATIONS ARE CORRECTED BEFORE THE DATE ABOVE.

I UNDERSTAND THAT MY FAILURE TO CORRECT THE VIOLATIONS CITED HEREIN WILL RESULT IN THE ISSUANCE OF A CITATION WHICH WOULD REQUIRE PAYMENT OF A FINE OR COURT APPEARANCE.

_____
SIGNATURE OF DEFENDANT

**DEFENDANTS COPY**