**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANA MORALES-WAGNER,

        Plaintiff,

v.                                               Case No.: 3:23-cv-1336-WWB-MCR

CITY OF JACKSONVILLE,
NEIGHBORHOOD CODE
ENFORCEMENT DIVISION,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On May 29, 2024, the Court entered an Order (Doc. 24) dismissing Plaintiff's Amended Complaint (Doc. 3) without prejudice and ordering Plaintiff to file an amended pleading on or before June 11, 2024. (Doc. 24 at 2). Plaintiff was warned that the failure to do so might result in the dismissal of this case without further notice. (*Id.*). Plaintiff did not timely file an amended pleading. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

        **DONE AND ORDERED** in Jacksonville, Florida on June 25, 2024.



WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party